UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35845 |
|---|---|
| ALLITIA L. BROWN | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 19 | METLIFE HOME LOANS<br>4000 HORIZON WAY<br>IRVING, TX  75063 | 65.90 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/31/2009

Certificate of Service    08-35845

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| ALLITIA L. BROWN<br>5165 RIVERS EDGE BLVD.<br>DAYTON, OH  45414 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (20.3n)<br>[FOR TRUSTEE USE ONLY]<br>,  00000 |
| (20.1n)<br>AES PHEAA<br>BOX 8147<br>HARRISBURG, PA  17105 | (21.1n)<br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>BOX 75906<br>ST PAUL, MN  55175 | (16.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 |
| (19.1)<br>METLIFE HOME LOANS<br>4000 HORIZON WAY<br>IRVING, TX  75063 | (18.1n)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45202 | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        cs